FILED
June 24, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002730558

Number of Pages: 1

Douglas B. Jacobs 084153
JACOBS, ANDERSON, POTTER AND CHAPLIN
20 Independence Circle
Chico, CA 95973
Phone: 530-342-6144
Fax: 530-342-6310

Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

In re:

MICHAEL DAVID SIDES,

CHERYL ANNE SIDES,

Debtors.

Case No: 10-31168-C-7

DCN: DBJ - 1

**MOTION TO COMPEL ABANDONMENT OF PROPERTY**

Date: August 3, 2010
Time: 9:30 am
Dept: C
Judge: Klein

NOTICE is given that debtors, by and through Douglas B. Jacobs, their attorney of record, has filed a notice requesting the abandonment of property by the Trustee in their bankruptcy case.

The business, known as **Williams Glass** has very little value to the estate and is listed on the petitioners' bankruptcy schedules as exempt. Thus the court is requested, pursuant to 11 USC §554(b), to abandon the property back to the debtors. Debtors 341 was held and concluded on June 16, 2010.

Linda Schuette, the trustee of the bankruptcy estate has agreed to the abandonment of the above business.

Date: June 21, 2010            Jacobs, Anderson, Potter and Chaplin

By: /s/ Douglas B. Jacobs
Douglas B. Jacobs, attorney for debtors

DEBTORS MOTION TO COMPEL ABANDONMENT OF PROPERTY - 1